■ In the Matter of SYLVESTER COSENTINO v. LOUIS J. CARBONETTI et al.— Motion for leave to appeal to the Court of Appeals denied. Concur — Botein, P. J., Breitel, Eager, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. EDWARD CASSONE, DOMINICK LA MONICA, FRANK CARBONARO, JR., AND PASQUALE RUSSO.— Motion for an enlargement of time granted insofar as to extend the appellant's time to serve and file the record on appeal and appellant's points to and including February 5, 1963, with notice of argument for the March 1963 Term of this court, said appeal to be argued or submitted when reached. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ ARTHUR SCHOEN v. LOOMIS J. GROSSMAN.— Motion for a stay denied. Concur — Botein, P. J., Breitel, Valente, McNally and Stevens, JJ.